**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2148

In re: ROBERTO ANTOINE DARDEN, a/k/a Dizz-e, a/k/a Javon,

Petitioner.

On Petition for Writ of Mandamus.  (4:11-cr-00052-AWA-LRL-1)

Submitted:  January 6, 2023                    Decided:  January 25, 2023

Before DIAZ and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Roberto Antoine Darden, Petitioner Pro Se.  Dee Mullarkey Sterling, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Antoine Darden petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motions to compel, to unseal, and for disclosure of grand jury materials. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court ruled on Darden's motions by order entered January 5, 2023. Accordingly, because the district court has recently decided Darden's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*